TIMOTHY COURCHAINE
United States Attorney
District of Arizona

TRAVIS L. WHEELER
Arizona State Bar No. 036083
BRADLEY BAUGHER
Arizona State Bar No. 032920
Assistant United States Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: travis.wheeler@usdoj.gov
Email: bradley.baugher@usdoj.gov
*Attorneys for Plaintiff*

✓ FILED ____ LODGED
____ RECEIVED ____ COPY

FEB 2 4 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ KM    Z ____

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No.    CR-26-00154-PHX-SMB (MTM) |
|---|---|
| Plaintiff, | **NOTICE OF RELATED CASES** |
| vs. | |
| 1. Salvador Reynaldo Garcia Moreno,<br>2. Elmer Gustavo Patino Cervantes,<br>3. Abraham Topete Sanchez,<br>4. Francisco Javier Martinez Sanchez, | |
| Defendants. | |

Pursuant to Local Rule 5.1, the United States of America, by and through its attorneys undersigned, hereby gives notice to the court that this case is directly related to another pending criminal case *U.S. v. Moreno et al* (CR-24-01650-SHD).

//

//

//

Respectfully submitted this _____ day of February, 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona


*s/ Travis Wheeler s/ Bradley Baugher*
TRAVIS L. WHEELER
BRADLEY BAUGHER
Assistant U.S. Attorneys

- 2 -